# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CYNTHIA R. CURRY,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Adminstration,<br><br>          Defendant. | No. CV 06-6543 CW<br><br>JUDGMENT |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: September 11, 2007

```
                              _____/s/_____
                                   CARLA M. WOEHRLE
                              United States Magistrate Judge
```